UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                 :

SINGLES PUBLISHING LLC,               :

                                   :

               Plaintiff,       :

                                   :          25-cv-10147 (LJL)

     -v-                     :

                                   :            ORDER

BROADCAST MUSIC, INC.,          :

                                   :

              Defendant.    :

                                   :
--------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/09/2025

LEWIS J. LIMAN, United States District Judge:

Plaintiff Singles Publishing LLC ("Singles") submitted a petition to vacate an arbitration award on December 4, 2025. Dkt. No. 1. Singles is "an independent music publishing administrator headquartered in Dover, Delaware." *Id.* at 3. It seeks vacatur of an award under the Federal Arbitration Act, 9 U.S.C. § 10, awarded on September 8, 2025. *Id.*

Singles' complaint was submitted by its CEO Alexander Soifer, who identified himself as a "pro se petitioner." *Id.* at 18. It is well-established in this Circuit that an LLC, like Singles, "may appear in federal court only through a licensed attorney." *Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007). The statute that governs appearances in federal court, 28 U.S.C. § 1654, "does not permit 'unlicensed laymen to represent anyone other than themselves.'" *Id.* at 139 (quoting *Eagle Assocs. V. Bank of Montreal*, 926 F.2d 1305, 1308 (2d Cir. 1991)). Accordingly, the Court dismisses the Complaint without prejudice to renewal by an attorney admitted to the Bar of this Court. If Singles obtains counsel, counsel must file, within 45 days of the entry of this Order (*i.e.* by January 23, 2026), an amended notice of appearance, along with a renewed Complaint. *See id.* at 140. If no complaint is filed by counsel by January 23, 2026, the Court

will close this case.

SO ORDERED.

Dated: December 9, 2025
       New York, New York

                                         LEWIS J. LIMAN
                               United States District Judge

2